IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEICE KATHRINE HALL-JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 18-cv-05553-MMC<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS; DIRECTIONS TO PLAINTIFF**<br><br>Re: Dkt. No. 3 |

Before the Court is plaintiff's Application to Proceed In Forma Pauperis, filed September 11, 2018. Having read and considered the Application, the Court rules as follows.

In her Application, plaintiff asserts she is unable to pay the costs of the above-titled action. The information provided by plaintiff in the Application, however, is insufficient to support such a conclusion. In particular, while plaintiff states that, within the past twelve months, she has received money from government sources, specifically, "Social Security and SNAP" (see Application at 2:14-16, 19), plaintiff has not stated the amount of money received from either source.

Accordingly, the Application is hereby DENIED, and plaintiff is DIRECTED to submit, no later than December 1, 2018, either the $400 filing fee or an amended

//

Application providing, as required by said form, "the amount received" from each source of income listed therein.  (See Application at 2:17-18.)

**IT IS SO ORDERED.**

Dated: November 1, 2018

_____
MAXINE M. CHESNEY
United States District Judge