IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARNEICE KATHRINE HALL-JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No. 18-cv-05553-MMC<br><br>**ORDER CERTIFYING APPEAL NOT TAKEN IN GOOD FAITH; REVOKING IN FORMA PAUPERIS STATUS; DIRECTIONS TO CLERK** |

Before the Court is a Referral Notice issued to this Court by the United States Court of Appeals for the Ninth Circuit, referring the above-titled matter for the limited purpose of determining whether plaintiff-appellant Carneice Kathrine Hall-Johnson's in forma pauperis status should continue or be revoked. See 28 U.S.C. § 1915(a)(3) (providing "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith"); Coppedge v. United States, 369 U.S. 438, 445 (1962) (holding "'good faith' . . . must be judged by an objective standard"; noting "good faith" is demonstrated when appellant seeks review of "any issue not frivolous"). Having reviewed the file and considered the matter, the Court rules as follows.

Plaintiff appeals the Court's order, filed March 19, 2019, by which the Court granted defendants' motion to dismiss and dismissed the Complaint.

As set forth in detail in the above-referenced order, all of plaintiff's claims are barred by the doctrine of res judicata.

Under such circumstances, any appeal of said order would lack an arguable basis in law or fact, and, consequently, would be frivolous. See Neitzke v. Williams, 490 U.S.

319, 325 (1989) (holding appeal is "frivolous" where "none of the legal points are arguable on the merits" (alterations omitted)).

Accordingly, plaintiff's in forma pauperis status is hereby REVOKED.

The Clerk shall serve a copy of this order on the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: March 28, 2019

MAXINE M. CHESNEY
United States District Judge